

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00406-CR
### No. 10-14-00407-CR

**MICHAEL EDWARD STRICKLAND,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 82nd District Court
### Falls County, Texas
### Trial Court Nos. 8032 and 8033

## ORDER

Appellant's Motion Requesting Appointment of Counsel was filed on July 22, 2015.  Generally, the trial court appoints attorneys for indigent defendants.  *See* TEX. CODE CRIM. PROC. ANN. art 26.04 (West 2009).  However, in a proceeding under Chapter 64, Motion for Forensic DNA Testing, the trial court appoints counsel only if the court finds reasonable grounds for a motion for DNA testing to be filed.  *Id*. art. 64.01(c).  In appellant's underlying proceedings, the trial court did not make the required finding.

Accordingly, appellant's motion requesting the appointment of counsel is denied.

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion denied
Order issued and filed July 30, 2015

